UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>TIMOTHY HOLMES,<br>            Plaintiff. | Case No. 16-cv-00209-JSC<br><br>**ORDER ADMINISTRATIVELY CLOSING CASE; INSTRUCTIONS TO CLERK** |

This case was opened on January 13, 2016, when Plaintiff, a prisoner of the State of California, filed a letter to the Honorable Thelton E. Henderson complaining about conditions of his confinement. That day, the Clerk notified Plaintiff that he had not filed an application to proceed in forma pauperis ("IFP"), and two days later the Clerk notified Plaintiff that he had not filed a complaint. Along with these notices, the Clerk mailed to Plaintiff the Court's complaint and IFP forms, instructions for completing the forms, and a stamped return envelope. Plaintiff has responded by filing a letter asking for the case to be dismissed and stating that he did not intend to file a lawsuit. (*See* Dkt. No. 6.)  Accordingly, the Clerk shall administratively close this case has having been opened in error, and send electronic copies of both Plaintiff's initial letter (Dkt. No. 1) and this order to Judge Henderson. No fee is due.

**IT IS SO ORDERED.**

Dated: February 23, 2016

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California

1
2
3
4   UNITED STATES DISTRICT COURT
5   NORTHERN DISTRICT OF CALIFORNIA
6
7   HOLMES,
              Plaintiff,
8
       v.
9
10   ,
              Defendant.
11

Case No. 16-cv-00209-JSC

**CERTIFICATE OF SERVICE**

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
13   District Court, Northern District of California.
14   That on February 23, 2016, I SERVED a true and correct copy(ies) of the attached, by
15   placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
16   depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
17   receptacle located in the Clerk's office.
18

19   Timothy Holmes ID: Prisoner Id T88939
     San Quentin State Prison
20   San Quentin, CA 94974

21
22   Dated: February 23, 2016
23
24                                          Susan Y. Soong
                                            Clerk, United States District Court
25
26
27   By:_____
     Ada Means, Deputy Clerk to the
28   Honorable JACQUELINE SCOTT CORLEY

2